ALBERT PESSO, an Infant, by Guardian ad Litem, Plaintiff, *v.* MORRIS GOODMAN and Others, Defendants.

JACOB PESSO, Plaintiff, *v.* MORRIS GOODMAN and Others, Defendants.

Supreme Court, Monroe County, March 6, 1930.

*Hyman G. Gould,* for the plaintiffs.

*Pierson, Winchell & Cameron* and *Sutherland & Dwyer,* for the defendants.

RODENBECK, J. The charge of the court, that the violation of an ordinance of the city of Rochester relating to speed at street inter-

sections is negligence *per se*, is erroneous (*Knupfle* v. *Knickerbocker Ice Co.*, 84 N. Y. 488; *Walker* v. *Bradt*, 225 App. Div. 415, 416; *Dodican* v. *Smith*, 221 id. 383, 385), although a violation of a statute upon the same subject has been held to be negligence *per se*. (*Martin* v. *Herzog*, 228 N. Y. 164.)

The general rule is that where the courts have declared a violation of the statute to be negligence *per se*, the violation of a municipal ordinance upon the same subject is also negligence *per se* (See 45 C. J. 717, 723, §§ 100, 105; 42 id. 921, § 635, p. 922, note 52, and numerous cases in other States supporting this rule); but that rule has not been adopted in this State.

The motion for a new trial is granted.